# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JOSE JORGE VIOLANTE, | No. CV 10-1392-MMM (AGR) |
|     Petitioner, | |
| v. | JUDGMENT |
| MATTHEW CATE, et al., | |
|     Respondent. | |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: March 29, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE